FILED
APR 20 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **Kedist Hirpassa,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| **v.** | ) | **Civil Action No.:** | 10 0607 |
| | ) | | |
| **Federal Aviation Administration,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

## MEMORANDUM OPINION

The plaintiff has filed an application to proceed without prepayment of fees and a pro se complaint. The application will be granted and the complaint will be dismissed.

In his complaint, the plaintiff states that since his employment as a summer clerk in 2004 at the U.S. Department of State, he has been "consistently stalked by various helicopters, mainly Army (Grey) and Police helicopter." Compl. at 1. When he contacted the Federal Aviation Administration, he was "told to take pictures of it." *Id.* Immediately thereafter the plaintiffs' camera was "found missing from [his] Bank of America safety box[.]" The plaintiff states that "whoever has been stalking me using helicopters have [sic] made it difficult for me to live my life the way I desire[.]" *Id.*

The complaint appears to be based on the sort of "fantastic or delusional scenarios" that warrant summary dismissal. *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989) (determining that courts have the "unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless"). Thus, the complaint will be dismissed under 28 U.S.C. § 1915(e)(2)(B)(*i*) (requiring dismissal of frivolous complaints).

(N)

3



A separate order accompanies this memorandum opinion.

Date: April 14, 2010

_____
United States District Judge